EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

RONALD G. JOHNSON
Assistant U.S. Attorney

MICHAEL D. MORI
Special Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: 541-2950

Attorneys for Plaintiff,
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 1 8 2002

at __ o'clock and __ M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR NO. CR02 00544 HG |
|---|---|---|
| Plaintiff, | ) | INDICTMENT |
| vs. | ) | [18 U.S.C. § 641] |
| TIARE S. KUEHNL, | ) | |
| Defendant. | ) | |

## INDICTMENT

### COUNT 1

The Grand Jury charges that:

On or about September 27, 2002, in the District of Hawaii, at Hickam Air Force Base, Hawaii, **TIARE S. KUEHNL**, defendant herein, willfully and knowingly did steal, purloin and convert to her own use and the use of another, property of the

1

United States of a value in excess of $1000.00, to wit: bed linens; quilts; mini Christmas tree pans; mini pumpkin pans; cake pan; vacuum; video games; and picture prints.

All in violation of Title 18, United States Code, Section 641.

## COUNT 2

The Grand Jury further charges that:

On or about September 27, 2002, in the District of Hawaii, at Hickam Air Force Base, Hawaii, **TIARE S. KUEHNL**, defendant herein, willfully and knowingly did steal, purloin and convert to her own use and the use of another, property of the United States of a value in excess of $1000.00, to wit: Hewlett Packard PhotoSmart computer; mini digital camcorder; and U.S. currency in the amount of $5.00.

All in violation of Title 18, United States Code, Section 641.

## COUNT 3

The Grand Jury further charges that:

On or about September 30, 2002, in the District of Hawaii, at Pearl Harbor, Hawaii, **TIARE S. KUEHNL**, defendant herein, willfully and knowingly did steal, purloin and convert to her own use and the use of another, property of the United States of a value in excess of $1000.00, to wit: jewelry.

All in violation of Title 18, United States Code, Section 641.

## COUNT 4

The Grand Jury further charges that:

On or about September 30, 2002, in the District of Hawaii, at Pearl Harbor, Hawaii, **TIARE S. KUEHNL**, defendant herein, willfully and knowingly did steal, purloin and convert to her own use and the use of another, property of the United States of a value in excess of $1000.00, to wit: furniture; mirrors; video game accessories; women's undergarments; clothing; hats; greeting cards; gift bags; and body lotions.

All in violation of Title 18, United States Code, Section 641.

## COUNT 5

The Grand Jury further charges that:

On or about October 5, 2002, in the District of Hawaii, at Hickam Air Force Base, Hawaii, **TIARE S. KUEHNL**, defendant herein, willfully and knowingly did steal, purloin and convert to her own use and the use of another, property of the United States of a value in excess of $1000.00, to wit: furniture and three fans.

All in violation of Title 18, United States Code, Section 641.

## COUNT 6

The Grand Jury further charges that:

On or about October 8, 2002, in the District of Hawaii, at Hickam Air Force Base, Hawaii, **TIARE S. KUEHNL**, defendant herein, willfully and knowingly did steal, purloin and convert to her own use and the use of another, property of the United States of a value in excess of $1000.00, to wit: a DVD/CD-ROM computer and videotapes and DVD movies.

All in violation of Title 18, United States Code, Section 641.

## COUNT 7

The Grand Jury further charges that:

On or about October 9, 2002, in the District of Hawaii, at Hickam Air Force Base, Hawaii, **TIARE S. KUEHNL**, defendant herein, willfully and knowingly did steal, purloin and convert to her own use and the use of another, property of the United States of a value in excess of $1000.00, to wit: women's cosmetics; lotion; body spray; cologne; clothes; women's undergarments; jacket; hats; ladies watch; sunglasses; backpack; and a Dexter's foot kit.

All in violation of Title 18, United States Code, Section 641.

## COUNT 8

The Grand Jury further charges that:

On or about October 11, 2002, in the District of Hawaii, at Hickam Air Force Base, Hawaii, **TIARE S. KUEHNL**, defendant herein, willfully and knowingly did steal, purloin and convert to her own use and the use of another, property of the United States of a value in excess of $1000.00, to wit: candy; beverages; hats; shoes; socks; cologne; perfume; bath items; women's cosmetics; hair products; women's clothes; and infant's clothes.

All in violation of Title 18, United States Code, Section 641.

## COUNT 9

The Grand Jury further charges that:

On or about October 11, 2002, in the District of Hawaii, at Hickam Air Force Base, Hawaii, **TIARE S. KUEHNL**, defendant herein, willfully and knowingly did steal, purloin and convert to her own use and the use of another, property of the United States of a value in excess of $1000.00, to wit: ottoman chair; anti-gravity chair; digital video disc and video cassette recorder combination player; picture frames; picture prints; pillow cases; photo paper; video games; Hawaiian quilts; dust ruffle; bed skirt; pen; and digital video discs.

All in violation of Title 18, United States Code, Section 641.

## COUNT 10

The Grand Jury charges that:

On or about October 13, 2002, in the District of Hawaii, at Kaneohe Bay, Hawaii, **TIARE S. KUEHNL**, defendant herein, willfully and knowingly did steal, purloin and convert to her own use and the use of another, property of the United States of a value in excess of $1000.00, to wit: child and adult clothing; household towels; male and female cosmetics; nursing pads; outerwear; air purifier; flashlight; archery products; athletic wear; military t-shirts; swimwear; chairs and handbags.

All in violation of Title 18, United States Code, Section 641.

## COUNT 11

The Grand Jury further charges that:

On or about October 15, 2002, in the District of Hawaii, at Kaneohe Bay, Hawaii, **TIARE S. KUEHNL**, defendant herein, willfully and knowingly did steal, purloin and convert to her own use and the use of another, property of the United States of a value in excess of $1000.00, to wit: candy; sheets; towels; hand mixer; dolphin bathroom hooks; dolphin shower curtain; sun flower shower curtain; hand blender and chopper; jackets; Evenflo

plastic nurser; boy and girl child clothes; robe; swimwear; sleepwear; slippers; shower shoes; women's cosmetics; Evenflo cozy carry; video tapes; laser disks; compact disks; phone; and ski accessories.

All in violation of Title 18, United States Code, Section 641.

### COUNT 12

The Grand Jury further charges that:

On or about October 17, 2002, in the District of Hawaii, at Kaneohe Bay, Hawaii, **TIARE S. KUEHNL**, defendant herein, willfully and knowingly did steal, purloin and convert to her own use and the use of another, property of the United States of a value in excess of $1000.00, to wit: JVC flat screen TV 36 inch; and U.S. currency in the amount of $25.00.

//
//
//
//
//
//
//
//
//

All in violation of Title 18, United States Code, Section 641.

DATED: _____12/18/02_____, 2002 at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, Grand Jury

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
RONALD G. JOHNSON
Assistant U.S. Attorney

_____
MICHAEL D. MORI
Special Assistant U.S. Attorney

UNITED STATES v. TIARE S. KUEHNL
CR. NO.
INDICTMENT