# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

May 24, 2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR. 02-00544HG |
| CASE NAME: | U.S.A. vs. TIARE S. KUEHNL |
| ATTYS FOR PLA: | James E. Gallagher, Lt., U.S.M.C. |
| ATTYS FOR DEFT: | Loretta A. Faymonville |
| U.S.P.O.: | Lisa K.T. Jicha |

| | | | |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | Debra Chun |
| DATE: | May 24, 2006 | TIME: | 2:10 - 2:30 |

COURT ACTION:  ORDER TO SHOW CAUSE WHY SUPERVISED RELEASE SHOULD NOT BE REVOKED.-

The defendant is present in custody.

The defendant admitted to Violation Nos. 1, 2 and 3.

The Court finds that this is a Grade C violation, Criminal History Category I.

Allocution by the defendant.

The supervised release is revoked.

ADJUDGED: Impr of 11 mos.

Restitution imposed.  The Court ordered immediate payment of restitution of $48,129.97 in the following increments: 24,702.60 to the Army and Air Force Exchange Services; $8,269.39 to the Navy Exchange Command, and $15,157.98 to the Marine Corps Community Services Cash Office, and any remaining balance upon release from confinement be paid on an installment basis according to the collection policy of the Probation Office but at a rate of not less than 10 percent of her monthly gross income.  Interest is waived while the defendant is serving her term of imprisonment and shall commence to accrue on any remaining balance upon her release.

It is ordered that the defendant shall cooperate in the collection of DNA as directed by the probation officer.

No supervised release imposed.

Advised of rights to appeal the sentence, etc.

Submitted by: David H. Hisashima, Courtroom Manager